# 628

In re Petition of Samuel W. Maltz for lease under the Insolvent Debtor's Act.
Samuel W. Maltz, plaintiff in error, v. Charles W. Findlay and Elizabeth P. Findlay, defendants in error. Gen. No. 34,320.

Opinion filed March 11, 1931.
Rosenberg, Braude & Zimmerman, for plaintiff in error. Thomas J. Finnegan, for defendants in error.
Mr. Justice Hebel delivered the opinion of the court.

Emil Burgh and Emma Burgh, appellees, v. H. O. Stone & Company, appellants. Gen. No. 34,373.

Heard in the third division of this court for the first district at the June term, 1930. Opinion filed March 11, 1931.
Leslie A. Needham and Alvin Glenn Hubbard, for appellants. Kamfner & Halligan, for appellees; Arthur J. Goldberg, of counsel
Mr. Justice Hebel delivered the opinion of the court.

J. L. Francis, appellee, v. Marshall Field & Company, appellant. Gen. No. 34,393.

Heard in the third division of this court for the first district at the June term, 1930. Opinion filed March 11, 1931.
Frank P. Leffingwell and Benson Landon, for appellant. Murphy O. Tate, for appellee.
Mr. Justice Hebel delivered the opinion of the court.

F. S. Hendricks, trading as F. S. Hendricks & Company, appellee, v. Sam Orner, appellant. Gen. No. 34,421.

Heard in the third division of this court for the first district at the June term, 1930. Opinion filed March 11, 1931.
Morris A. Mills, for appellant. Heth, Lister & Collins, for appellee.
Mr. Justice Hebel delivered the opinion of the court.